Joel F. Newell (SBN 025296)
jnewell@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
2800 N. Central Avenue, Ste. 1200
Phoenix, AZ 85004
Telephone: (602) 842-3368
Facsimile: (949) 608-9142

Attorneys for *Movant*
Nissan Motor Acceptance Corporation

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DIANNA L PERKINS,<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 2:19-bk-08004-PS |
| NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>　　　Movant,<br><br>vs.<br><br>DIANNA L PERKINS, Debtor; and ROBERT A. MACKENZIE, Chapter 7 Trustee,<br><br>　　　Respondents. | **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**PROPERTY**:<br>2019 Nissan Pathfinder<br>VIN 5N1DR2MN5KC589004<br><br>**Hearing**: [*TBD pursuant to LBR 4001-1(i)*] |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that Nissan Motor Acceptance Corporation ("Movant"), by and through its undersigned counsel, filed its Motion for Relief from Automatic Stay ("Motion") on July 31, 2019, wherein it seeks entry of an order terminating the automatic stay of 11 U.S.C § 362(a) as it applies to Movant (and any successors or assigns) and that certain personal property described as a 2019 Nissan Pathfinder, VIN 5N1DR2MN5KC589004.

-1-
**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rules 4001-1 and 9013-1, within fourteen (14) days from the date of service of this Notice, any party opposing the Motion must serve a written opposition on Movant and file same with the above-captioned court at the following address:

> United States Bankruptcy Court
> District of Arizona - Phoenix Division
> 230 N. First Ave, Suite 101
> Phoenix, AZ 85003

**PLEASE TAKE FURTHER NOTICE** that, if no timely opposition is filed and served within fourteen (14) days from the date of service of this Notice, the relief requested in the Motion may be granted without further notice or a hearing.

**DATED** July 31, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Joel F. Newell* - 025296
JOEL F. NEWELL
Attorneys for *Movant*
Nissan Motor Acceptance Corporation