```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                           Case No. 19-08004-PS
DIANNA L PERKINS                                                 Chapter 7
      Debtor               CERTIFICATE OF NOTICE

District/off: 0970-2             User: purvisa               Page 1 of 2           Date Rcvd: Oct 09, 2019
                                 Form ID: 318                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db            +DIANNA L PERKINS,    7529 W PALMAIRE AVE, APT 2,    GLENDALE, AZ 85303-2436
cr            +Nissan Motor Acceptance Corporation,    Wright, Finlay & Zak, LLP,
                c/o Joel F. Newell (SBN 025296),    2800 N. Central Avenue, Ste. 1200,    Phoenix, AZ 85004-1009
15641390      +1 Stop Money Center LLC LOC 6,    6650 W Thomas Rd,    Phoenix AZ 85033-5909
15641392      +Ad Astra Recovery Service,    C/O Speedy Cash,    7330 W. 33rd St. North,    Wichita KS 67205-9369
15641393      +Bank of America,    13702 W Bell Rd,    Surprise AZ 85374-3803
15641396      +Bureau of Medical Economics,    326 E Coronado Rd,    Phoenix AZ 85004-1524
15641399      +Cash Time Title Loan s,    6601 W Indianschool Rd,    #20,    Phoenix AZ 85033-3340
15641400      +Check Into Cash,    Store # 19030,    6666 W Peoria Ave #128,    Glendale AZ 85302-7017
15641403      +Checkmate,    5800 Armada Dr. Suite 240,    Carlsbad CA 92008-4611
15641404      +Daniel Jewelers 310,    7611 W Thomas Rd,    Suite F016,    Phoenix AZ 85033-5472
15641405      +Daniel Walters,    7529 W Palmaire Ave, Apt 2,    Glendale AZ 85303-2436
15641411      +Genesis FS Card Services,    PO Box 23039,    Columbus GA 31902-3039
15641414      +Nissan Acceptance Corp,    P.O. Box 660366,    Dallas TX 75266-0366
15641415      +Nissan Infinity,    8700 Freeport Pkwy,    Irving TX 75063-2697
15641416      +Peoria Nissan,    9151 W Bell Rd,    Peoria AZ 85382-4712
15641417      +Swift Funds LLC,    c/o EOS Fitness,    927 Deep Valley Dr. Ste. 195,
                Palos Verdes Peninsula CA 90274-3869
15641421       TRS Recovery Services INC,    1600 Terrell Mill Rd,    Roswell GA 30076
15641418      +Timothy Walters,    7529 W Palmaire Ave, Apt 1,    Glendale AZ 85303-2436
15641420      +Title Max of AZ,    5902 W Camelback Rd,    Glendale AZ 85301-7337
15641422      +Valentine & Kebartas LLC,    POB 325,    Lawrence MA 01842-0625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BRAMACKENZIE.COM Oct 10 2019 05:08:00      ROBERT A. MACKENZIE,
                2001 E. CAMPBELL AVE., SUITE 200,    PHOENIX, AZ 85016-5574
smg            EDI: AZDEPREV.COM Oct 10 2019 05:08:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
15641391      +EDI: ACECASHXPRESS.COM Oct 10 2019 05:08:00      Ace Cash Express,    3343 W Peoria Ave Ste 8,
                Phoenix AZ 85029-4605
15641394      +EDI: BANKAMER2.COM Oct 10 2019 05:08:00      Bank of America,    PO BOX 25118,
                Tampa FL 33622-5118
15641395      +E-mail/Text: bkinfo@ccfi.com Oct 10 2019 01:37:02      Buckeye Check Cashing of AZ Inc,
                7501 W Indianschool Rd,    Phoenix AZ 85033-3002
15641397      +E-mail/Text: bkinfo@ccfi.com Oct 10 2019 01:37:02      Cash 1,    4246 W Northern Ave,
                Phoenix AZ 85051-5766
15641401       E-mail/Text: khorner@checkintocash.com Oct 10 2019 01:37:58      Check Into Cash,
                Attn: Collections,    PO Box 550,    Cleveland TN 37364-0550
15641402      +E-mail/Text: bankruptcy@callcheckmate.com Oct 10 2019 01:36:59      Checkmate,
                7510 W Thomas Rd,    Ste 102,    Phoenix AZ 85033-5407
15641406      +E-mail/Text: bknotice@ercbpo.com Oct 10 2019 01:37:21      Enhanced Recovery Company,
                C/O AT&T Mobile,    PO Box 57547,    Jacksonville FL 32241-7547
15641407      +EDI: TCISOLUTIONS.COM Oct 10 2019 05:08:00      First Access,    PO Box 89028,
                Sioux Falls SD 57109-9028
15641409      +EDI: AMINFOFP.COM Oct 10 2019 05:08:00      First Premier Bank,    PO Box 5519,
                Sioux Falls SD 57117-5519
15641410       EDI: AMINFOFP.COM Oct 10 2019 05:08:00      First Premier Bank,    Collections Department,
                PO Box 5524,    Sioux Falls SD 57117-5524
15641412      +EDI: IRS.COM Oct 10 2019 05:08:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia PA 19101-7346
15641413      +EDI: RESURGENT.COM Oct 10 2019 05:08:00      LVNV Funding,    c/o Resurgent Capital Services,
                PO Box 1269,    Greenville SC 29602-1269
15641413      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 01:43:19      LVNV Funding,
                c/o Resurgent Capital Services,    PO Box 1269,    Greenville SC 29602-1269
15641398       E-mail/Text: support@cash1loans.com Oct 10 2019 01:35:29      Cash 1,    725 E Covey Lane,
                Ste 170,    Phoenix AZ 85024
15641419      +E-mail/Text: bankruptcy@autonowfinancial.com Oct 10 2019 01:37:54      Tio RICO,
                5433 W Glendale Ave,    Glendale AZ 85301-2636
15641423      +EDI: WFFC.COM Oct 10 2019 05:08:00      Wells Fargo,    POB 5058,    Portland OR 97208-5058
15641424      +EDI: WFFC.COM Oct 10 2019 05:08:00      Wells Fargo,    c/o John Stumpt, CEO,
                420 Montgomery Street,    San Francisco CA 94104-1298
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15641408*      First Access,   PO Box 89028,    Sioux Falls SD 57109-9028
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:
              JOEL F. NEWELL    on behalf of Creditor    Nissan Motor Acceptance Corporation
               jnewell@wrightlegal.net,  bkudgeneralupdates@wrightlegal.net
              ROBERT A. MACKENZIE    ram@ramlawltd.com,  az26@ecfcbis.com
              THOMAS ADAMS MCAVITY    on behalf of Debtor DIANNA L PERKINS tom@nwrelief.com,
               melissa@nwrelief.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                            TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **DIANNA L PERKINS** | Social Security number or ITIN **xxx–xx–7125** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | |
| Case number:   **2:19–bk–08004–PS** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

DIANNA L PERKINS
fka DIANNA GARDNER

10/8/19                                            **By the court:** Paul Sala
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                            page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**